**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AL C. TOOKS,** § | | |
|  *Petitioner* § | | |
| § | | **A-20-CV-537-RP-SH** |
| **v.** § | | |
| § | | |
| **SHERIFF OF COUNTY OF KIMBLE,** § | | |
| **TEXAS,** § | | |
|  *Defendant* § | | |

## ORDER

Before the Court is Petitioner Al C. Tooks' "Petition Pursuant All Writs Act for Issuance of Writ of Habeas Corpus Ad Subjiciendum," filed May 18, 2020 (Dkt. 1). Petitioner is currently in custody at FCI- Fort Dix, in Joint Base MDL, New Jersey.

Petitioner has failed to pay the applicable $5.00 filing fee, or file an application to proceed *in forma pauperis*. It is therefore **ORDERED** that the Clerk shall forward to Petitioner an application to proceed *in forma pauperis* and that Petitioner, within thirty (30) days of the filing of this Order, must submit either the filing fee of $5.00 or a completed application to proceed *in forma pauperis*. Failure to comply with the Court's order may result in the dismissal of this case for want of prosecution.

**SIGNED** on May 20, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE